Official Form 417A (12/15)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In Re:  Anslem E. Williams                           Case No. 16-bk-20015
        Natalie A. Williams
        Debtors                                      Chapter 11

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  Anslem E. Williams and Natalie A. Williams

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:  Order Granting Relief of Stay as to PNC Bank.

2. State the date on which the judgment, order, or decree was entered:  November 1, 2016

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  Anslem E. Williams      Attorney:  Harrison Ross Byck
                                              340 Route 1 North
                                              Edison, New Jersey 08817

2. Party:  Natalie A. Williams     Attorney:  Harrison Ross Byck
                                              340 Route 1 North
                                              Edison, New Jersey 08817

3. Creditor Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti T
John R. Morton, Jr., Esquire
Mortonlaw.bcraig@verizon.net

4. PNC Bank National Association
Frank J. Martone, Esquire
byk@martonelaw.com

5. U.S. Trustee United Stated States Trustee
Jeffrey M. Sponder, Esquire
Jeffrey.m.sponder@usdoj.gov

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Harrison Ross Byck
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 11/2/2016

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Harrison Ross Byck, Esquire
340 Route 1 North
Edison, New Jersey 08817

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.